## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **04** CR **1 0 3 2 2** RGS |
| v. | ) CRIMINAL NO. |
| | ) VIOLATIONS: |
| WILLIAM GRIFFIN | ) 18 U.S.C. § 1703(a) - |
| | ) Delay of Mail |

### INDICTMENT

COUNT ONE:      (18 U.S.C. § 1703(a) - Delay of Mail)

The Grand Jury charges that:

Between in or about August 2003 and on or about March 30, 2004, at Weymouth, Quincy, and elsewhere in the District of Massachusetts,

### WILLIAM GRIFFIN,

defendant herein, being a Postal Service officer and employee, did unlawfully secrete, detain, and delay letters, postal cards, packages, bags, and mail entrusted to him and which came into his possession, and which were intended to be conveyed by mail, and carried and delivered by a carrier and other employee of the Postal Service.

All in violation of Title 18, United States Code, Section 1703(a).

## Supplemental Factual Allegations

The Grand Jury further finds that:

1.  The offense involved more than 250 victims.

Accordingly, U.S.S.G. §2B1.1(b)(2)(C) applies to this case.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; _____ , 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

10/27/04
12:40 p.m.

3

JS 45 (5/97) - (Revised USAO MA /15)

**04 CR 10322 RGS**

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

Place of Offense: _____ Category No. __II__    Investigating Agency __USPS__

City __Quincy, Weymouth__    Related Case Information:

County __Norfolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Griffin__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1977__ SSN (last 4 #): __4585__ Sex __M__ Race: __White__ Nationality: __U.S.__

Defense Counsel if known: _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): 04cr10322RGS

**Name of Defendant**   William Griffin

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1703(a) | Delay of Mail | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS45-ind.wpd - 1/15/04 (USAO-MA)