AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>WILLIAM GRIFFIN<br>139 ROCKAWAY AVE., APT. 33<br>WEYMOUTH, MA 02188<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-10322-RGS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**NOVEMBER 12, 2004 AT 2:30 P.M.** |
| Before:    **MARIANNE B. BOWLER, CHIEF U.S. MAGISTRATE JUDGE** | |

To answer a(n)

X  Indictment          Information          ComplaintCom          Violation          Probation Violation Petition

Charging you with a violation of Title    18          United States Code, Section(s)    1703

Brief description of offense:

See Enclosed



**PLEASE NOTE: YOU MUST REPORT TO PRETRIAL SERVICES LOCATED ON THE FIRST FLOOR BY 11:00 A.M., NOVEMBER 12, 2004.**

_Marianne B. Bowler USMJ_          _November 3, 2004_
Signature of Issuing Officer                Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date |
| Service was made by me on:[1] |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  _____        _____
                       Date                                                                    Name of United States Marshal

                                                                                                 _____
                                                                                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.