AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

**APPEARANCE**

FILED
In Open Court
USDC, Mass.
Date 11/12/04
By _____
Deputy Clerk   2:30p

CASE NUMBER: 04-10322-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Wm. Griffin

I certify that I am admitted to practice in this court.

11/12
Date

William F Carr
Signature

WM F CARR
Print Name                              Bar Number

10 Pearl ST
Address

Dedham   MA   02026
City      State     Zip Code

(781) 326-8585
Phone Number                            Fax Number

This form was electronically produced by Elite Federal Forms, Inc.