```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WILLIAM GRIFFIN** | ) | CRIMINAL NO. 04-10322-RGS |
| | ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on December 20, 2004 and the further status conference set for March 8, 2005. As grounds therefor, the United States states that at the December 20 conference counsel for the defendant stated that additional time is necessary to enable the defendant to review discovery and to explore the possibility of a resolution short of trial, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to March 8, 2005 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By:
                                    /s/ Robert E. Richardson
                                    ROBERT E. RICHARDSON
                                    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                      Boston, Massachusetts
                                December 21, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Miriam Conrad, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                    /s/ Robert E. Richardson
                                    ROBERT E. RICHARDSON