UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10322-RGS |
| ) | |
| WILLIAM GRIFFIN ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, William Griffin, respectfully moves that this Court continue the status conference currently scheduled for May 3 for approximately three weeks..

As grounds for this motion, defendant states that his counsel needs additional time to confer with the government regarding a possible resolution of this case.

Assistant U.S. Attorney Robert Richardson has stated that he assents to this motion.

The parties agree that all time from May 3 until the new date should be excluded under the Speedy Trial Act.

WILLIAM GRIFFIN
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
 B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061