UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO.  O4-10322-RGS
                            )
WILLIAM GRIFFIN             )
```

NOTICE OF WITHDRAWAL

     Undersigned counsel hereby moves to withdraw as counsel for Defendant, William Griffin.

As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

```
                              WILLIAM GRIFFIN
                              By his attorney,


                              /s/Miriam Conrad
                              Miriam Conrad
                                 B.B.O. # 550223
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

May 16, 2005

_____


_____