UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CRIMINAL NO. 04-10322-RGS |
| ) | |
| WILLIAM GRIFFIN ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Syrie D. Fried hereby files her appearance on behalf of Defendant, William Griffin.

As grounds for this motion, undersigned counsel states that she has been re-assigned this case by counsel for the Federal Defender Office, Miriam Conrad, Esq.

                                                                   Respectfully submitted,

                                                                   /s/ Syrie D. Fried
                                                                   Syrie D. Fried
                                                                         B.B.O. # 555815
                                                                  Federal Defender Office
                                                                  408 Atlantic Avenue, 3rd Floor
                                                                  Boston, MA 02110
                                                                  Tel: 617-223-8061

May 16, 2005