UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )        CRIM. NO. 04-10322-RGS
                            )
                            )
WILLIAM GRIFFIN             )


ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE

Counsel for the defendant William Griffin respectfully moves this Court for a two-week continuance of the final status conference in the above-captioned case. The hearing is currently set for May 24, 2005. The defendant requests that this hearing be continued until June 7, 2005 or any day the week of June 6 except for Friday June 10, 2005.

In support of this motion, undersigned counsel states that this case was assigned to her from other counsel in the Federal Defender Office two to three weeks ago. In the interim, counsel has not been able to consult with the defendant regarding plans for a final disposition of the case.[1] Because counsel is not able to enlighten the court about any anticipated outcome for the case at this point, she requests that this matter be continued

---

[1] Counsel and the defendant have exchanged phone messages but have not succeeded in speaking to each other.

-1-

for two weeks so that she may confer with her client before addressing the court.

Undersigned counsel has spoken with Assistant U.S. Attorney Robert Richardson about this request for a continuance. Counsel represents that Mr. Richardson assents to this motion. Undersigned counsel agrees to the exclusion of the continuance period from May 24, 2005 to the rescheduled hearing date for purposes of the Speedy Trial Act as excludable delay in the interests of justice.

Wherefore, for the above-stated reasons, counsel for the defendant requests that this motion for a continuance of the final status conference in this case be granted.

                                        Respectfully submitted,

                                        By his attorney,

                                        /s/  Syrie D. Fried
                                        Syrie D. Fried
                                            B.B.O. # 555815
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061