UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WILLIAM GRIFFIN** | ) | CRIMINAL NO. 04-10322-RGS |
| | ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME**
**(5/24/05 to 6/7/05) UNDER SPEEDY TRIAL ACT**

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on May 24, 2005 and the further status conference set for June 7, 2005. As grounds therefor, the United States states that at the March 24 conference, and in a motion to continue said status conference, counsel for the defendant, who recently became responsible for the matter, stated that additional time is necessary to enable the defendant to confer with counsel and to explore the possibility of a resolution short of trial, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to June 7, 2005 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:
                                        /s/ Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                      Boston, Massachusetts
                                   May 25, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Syrie Fried, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                        /s/ Robert E. Richardson
                                        ROBERT E. RICHARDSON