# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10322-RGS

UNITED STATES OF AMERICA

v.

WILLIAM GRIFFIN

### *FINAL STATUS REPORT*

June 8, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with the delay of mail, was returned on October 27, 2004;

    2. The defendant was arraigned on the Indictment on November 12, 2004;

    3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to six witnesses and that the trial would last approximately two to three days;

5. Counsel for the defendant indicates that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through June 7, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge